358 U.S. 205
 79 S.Ct. 288
 3 L.Ed.2d 235
 Walter M. BRIGGS, Doing Business as Walt's Auto Parks and Garages, appellant,
v.
The CITY OF LOS ANGELES, the Board of Police Commissioners of the City of Los Angeles, et al.
 No. 453.
 Supreme Court of the United States
 December 15, 1958
 Rehearing Denied Jan. 26, 1959.
 
 See 358 U.S. 948, 79 S.Ct. 350.
 Mr. Morris Lavine, for appellant.
 Messrs. Roger Arnebergh and Philip E. Grey, for appellees.
 PER CURIAM.
 
 
 1
 The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.